# Exhibit 1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| FREEDOM INDUSTRIES, INC. | Case No. 2:14-bk-20017 |
| Debtor. | |

**OMNIBUS AFFIDAVIT**

STATE OF WEST VIRGINIA    )
                          ) SS:
COUNTY OF Kanawha         )

The undersigned, being duly cautioned and sworn, hereby deposes and says as follows:

1. This Affidavit relates to Freedom Industries, Inc.'s ("Freedom" or "Debtor") removal of various West Virginia state court lawsuits commenced against Freedom that arise out of an incident that occurred on or about January 9, 2014 involving one of Freedom's storage tanks located at its Charleston, West Virginia facility (the "Incident"). Facts surrounding the Incident are subject to pending investigations by Freedom and various regulatory and other governmental authorities.[1]

2. During the month of January 2014, approximately 31 lawsuits had been commenced against Freedom and other parties in state and federal courts relating to the Incident.

3. A vast majority of Freedom's unsecured claims are unliquidated claims pending the outcome of these state and federal court actions arising out of the Incident.

4. Freedom has limited funds and these funds will be utilized to defend these state and federal court actions arising out of the Incident.

---

[1] The facts and circumstances relating to the Incident as described herein are intended for explanatory purposes only and shall not prejudice the rights, claims, or defenses of any party in interest, including, without limitation, the rights of any purported holder of a claim arising from or related to the Incident, and correspondingly, all rights, claims, and defenses of the Debtor and other parties in interest are preserved.

Further Affiant sayeth this 21 day of February 2014 naught.

Freedom Industries, Inc.

By: _____
Gary Southern, President of Freedom Industries, Inc.

OFFICIAL SEAL
Notary Public, State Of West Virginia
JENNY A SHAFFER
109 Anderson Drive
Elkview, WV 25071
My Commission Expires November 17, 2018

Sworn and subscribed before me this
21ST day of February, 2014

_____
Notary Public

My commission expires: 11/17/18

2